IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN FRAZIER,

    Plaintiff,

v.                                                        CASE NO.  4:11cv98-SPM/WCS

EDWIN BUSS, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes for before the Court on the magistrate judge's Report and Recommendation (doc. 17) and Order (doc. 22).  Plaintiff has been furnished a copy and has filed objections (doc. 26) pursuant to Title 28, United States Code, Section 636(b)(1).

Despite the objections, I have determined that the report and recommendation and order are correct and should be adopted.  The issues in this case are not novel or complex.  Plaintiff should correct the deficiencies in his complaint and demonstrate that he may be entitled to relief.  When the Court reviews the merits of the case, the need for counsel will be evaluated.  At this point, however, Plaintiff has not demonstrate that he is entitled to a preliminary

injunction or that appointment of counsel is warranted.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 17) is ADOPTED and incorporated by reference in this order.  The order (doc. 22) denying appointment of counsel is affirmed.

2. This case is remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this 15th day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.  4:11cv98-SPMWCS