IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN FRAZIER,

    Plaintiff,

v.	CASE NO.  4:11cv98-SPM/WCS

EDWIN BUSS, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on the Magistrate Judge's Second Report and Recommendation dated June 30, 2011.  Doc. 32.  Plaintiff has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1).  Doc. 33.  Despite the objections, I have determined that the report and recommendation is correct and should be adopted.

Plaintiff claims that he was issued a false disciplinary report by Officer P.E. Tucker in retaliation after Plaintiff told Tucker that he was going to file grievances against him.  As correctly noted by the Magistrate Judge, Plaintiff's claim cannot go forward under Heck v. Humphrey, 512 U.S. 477 (1994) and Edwards v. Balisok, 504 U.S. 641 (1997), because a judgment in Plaintiff's favor would necessarily imply the invalidity of a disciplinary action that deprived him of

good-time credits.  Richards v. Dickens, 411 Fed.Appx. 276 (11th Cir. 2011). Plaintiff's case is distinguishable from Muhammad v. Close, 540 U.S. 749, 754-55 (2004), which was limited to a challenge of the prisoner's prehearing confinement and did not involve the elimination of good-time credits. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Magistrate Judge's Second Report and Recommendation (doc. 32) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief may be granted.

3. The Clerk of Court shall note on the docket that the dismissal is pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 13th day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.  4:11cv98-SPMWCS